79,897-02

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 02 2015 / 25/15

Abel Acosta, Clerk

Mr. Acosta,

I, Kyle Miller, am writing to let you as well as the Honorable Court of Criminal Appeals know that after September 1, 2015, I will be transferred to T.D.C.J. due to the H.B. No. 904 that contains the amended Article of the Code of Criminal Procedure, Section 1. Section 3, 42.09 that is to take effect September 1, thus moving me to T.D.C.J. I'm thinking this will alter the time I have to finalize my Petition for Discretionary Review and ask that this Honorable Court take this sudden impact on my access to materials as I'll be in-processing into account on my having to file Petition on by October 6, 2015. I'm sure I'll be in T.D.C.J. somewhere by the time a response will be sent out to this. I'll await some form of response nevertheless. Thank You.

Sincerely,

Kyle Miller

Appellant Pro-Se

This document contains some pages that are of poor quality at the time of imaging.